**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

TRAVIS BRAMER,                          Civil No. 12-929 (RHK/JJG)

                 Plaintiff,               **ORDER FOR DISMISSAL**

v.

THE LAW OFFICE OF SUSAN ADDISON
BLUSH, P.C. d/b/a KENTWOOD LAW
GROUP and JOHN DOE,

                 Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 3) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 24, 2012

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge